# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **CV 25-3014-JPR**  Date: **August 13, 2025**

Title: **Ana Ventura v. Carrusel Corp. et al.**

================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause for Failure to Prosecute**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

On July 10 and 30, 2025, the Clerk entered default against the two Defendants in this case, Carrusel Corp. and Zackary and Sons, respectively, after Plaintiff apparently served them with the Complaint on June 16 and neither Defendant had appeared. (See ECF Nos. 8-11 & 13-14.) Plaintiff has taken no action since then to prosecute this lawsuit.

No later than 21 days from the date of this Order, Plaintiff must move for default judgment, file a notice of settlement, or take some other action to prosecute this case against each Defendant or this lawsuit will likely be dismissed for failure to prosecute.

MINUTES FORM 11                                                               Initials of Deputy Clerk : bm
CIVIL-GEN